## Commonwealth ex rel. Washington, Appellant, *v.* Myers.

Submitted March 15, 1965.

*Melvin Washington,* appellant, in propria persona; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.